IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MACHIN, et al.,

    Plaintiffs,

v.

TAYLOR INVESTMENT, LLC, et al.,

    Defendants.

No. C 06-03243 JSW

**ORDER RE MOTION FOR TEMPORARY STAY PENDING TRANSFER AND SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on July 21, 2006 on Defendants' motion for a temporary stay pending transfer. The hearing on that motion is RESET for August 11, 2006 at 9:00 a.m. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due by July 3, 2006 and Defendants' reply brief shall be due by July 10, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE